UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANE AGUILAR,<br><br>Defendants. | Case No.  21-cr-00361<br><br>**ORDER REVOKING PRETRIAL RELEASE; ORDER OF DETENTION** |

    The United States asks the Court to revoke defendant Diane Aguilar's pretrial release and remand her to custody for violating the conditions of her pretrial release as alleged in the violation memorandum dated January 8, 2024 (Dkt. No. 112).[1] *See* Dkt. No. 115.

    The Court held a hearing on the alleged violations on January 12, 2024. *Id.* Ms. Aguilar waived written findings, and the government does not object to that waiver. *Id.*

    The Court has considered the parties' presentations and arguments at the hearing, proffers of evidence, as well as the information and recommendations provided by Pretrial Services. The Court also has considered the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record during the hearing, the Court revokes Ms. Aguilar's pretrial release and detains Ms. Aguilar pending further proceedings in this case.

    Ms. Aguilar is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Ms. Aguilar shall

---

[1] Pretrial Services filed an additional informational memorandum on January 10, 2024 (Dkt. No. 114).

be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Ms. Aguilar to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: January 12, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge